Judge Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-262-JLR |
| Plaintiff, | [~~PROPOSED~~] |
| v. | **FINAL ORDER OF FORFEITURE** |
| JAMES ROBERT SIMS, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture for the following property:

1. One black Apple A1660 iPhone, serial number DNPSMCKCHG75, seized from James Robert Sims on or about October 3, 2018;

2. One Acer laptop, serial number LXR4F0Z4081210D9071601, seized from James Robert Sims on or about October 2, 2018; and

3. Any and all images of child pornography, in whatever format and however stored.

The Court, having reviewed the record in this matter, FINDS:

In the Plea Agreement entered on July 24, 2019, the Defendant agreed to forfeit his interest in the above-listed property. Dkt. No. 27, ¶ 9;

On November 1, 2019, the Court entered a Preliminary Order of Forfeiture finding the above-listed property forfeitable pursuant to 18 U.S.C. § 2253 and forfeiting the Defendant's interest in it. Dkt. No. 32;

Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C), Dkt. No. 41, and also provided direct notice to two potential claimants pursuant to Fed. R. Crim. P. 32.2(b)(6)(A); and

The time for filing third-party petitions has expired, and none were filed.

THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Justice, and/or its representatives, are authorized to dispose of the property in accordance with the law.

IT IS SO ORDERED.

DATED this 19th day of March, 2020.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

1 | Presented by:
2 |
3 |
   | *s/Matthew H. Thomas*
4 | MATTHEW H. THOMAS
   | Assistant United States Attorney
5 | United States Attorney's Office
6 | 1201 Pacific Avenue, Suite 700
   | Tacoma, WA 98402-4383
7 | Telephone: (253) 428-3800
8 | Fax:          (253) 428-3826
   | E-mail: Matthew.H.Thomas@usdoj.gov
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |